**COMMONWEALTH COURT OF PENNSYLVANIA, Appellee**

v.

**Reginald JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

April 24, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of April, 2013, the Order of the Commonwealth Court is **AFFIRMED.**